No. 7, Misc.   LEE v. RHAY, SUPERINTENDENT, WASH-
INGTON STATE PENITENTIARY.   Supreme Court of Wash-
ington.   Certiorari denied.   Petitioner *pro se.   John J.
O'Connell,* Attorney General of Washington, and *Michael
R. Alfieri,* Assistant Attorney General, for respondent.

No. 15, Misc.   PENNSYLVANIA EX REL. THOMPSON v.
DAY, WARDEN.   Supreme Court of Pennsylvania, West-
ern District.   Certiorari denied.   *Louis C. Glasso* for
petitioner.

No. 18, Misc.   FREEMAN v. TINSLEY, WARDEN.   Su-
preme Court of Colorado.   Certiorari denied.   Petitioner
*pro se.   Duke W. Dunbar,* Attorney General of Colorado,
*Frank E. Hickey,* Deputy Attorney General, and *John W.
Patterson* and *John B. Barnard, Jr.,* Assistant Attorneys
General, for respondent.

No. 19, Misc.   GEORGE, GUARDIAN, ET AL. v. UNITED
STATES.   Court of Claims.   Certiorari denied.   Peti-
tioners *pro se.   Solicitor General Rankin, Acting Assist-
ant Attorney General Leonard* and *Samuel D. Slade* for
the United States.

No. 20, Misc.   BILLIE ET AL., GENERAL COUNCIL, MIC-
COSUKEE SEMINOLE NATION, v. SEMINOLE INDIANS OF
FLORIDA.   Court of Claims.   Certiorari denied.   *Morton
H. Silver* for petitioners.   *Guy Martin* for respondent.
*Solicitor General Rankin, Assistant Attorney General
Morton* and *Roger P. Marquis* filed a memorandum for
the United States.

No. 23, Misc.   LOWERY v. CAVELL, WARDEN.   Court of
Common Pleas, Westmoreland County, Pennsylvania.
Certiorari denied.